```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 16981
   JOE COLEMAN
   CHERYL D COLEMAN                              CHAPTER 13

                                                 JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-8072     SSN XXX-XX-5646

------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/29/2005 and was confirmed 06/13/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 05/20/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
CITIBANK                   CURRENT MORTG       .00           .00           .00
STATE FARM                 SECURED         9800.57        441.02       9800.00
ECAST SETTLEMENT CORP      UNSEC W/INTER   9367.60        906.77       9367.60
ASSOCIATES MASTERCARD      UNSEC W/INTER NOT FILED          .00           .00
RESURGENT ACQUISITION LL   UNSEC W/INTER    644.57         60.69        644.57
CITGO GAS                  UNSEC W/INTER NOT FILED          .00           .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER   5862.83        445.22       5862.83
KOHLS                      UNSEC W/INTER    505.14         52.95        505.14
MARSHALL FIELDS            UNSEC W/INTER   1062.22        111.42       1062.22
MARSHALL FIELDS            NOTICE ONLY   NOT FILED          .00           .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER    346.10         33.62        346.10
SPIEGEL                    UNSEC W/INTER NOT FILED          .00           .00
LORD & TAYLOR              UNSEC W/INTER     60.41          6.90         60.41
ECAST SETTLEMENT CORP      UNSEC W/INTER   5090.07        470.11       5090.07
STATE FARM                 UNSEC W/INTER    132.82         20.47        132.82
LEDFORD & WU               DEBTOR ATTY    1,994.00                    1,994.00
TOM VAUGHN                 TRUSTEE                                    2,203.88
DEBTOR REFUND              REFUND                                     1,350.93

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               40,969.74

PRIORITY                                           .00
SECURED                                       9,800.00
    INTEREST                                    441.02
UNSECURED                                    23,071.76
    INTEREST                                  2,108.15
ADMINISTRATIVE                                1,994.00
TRUSTEE COMPENSATION                          2,203.88

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 16981 JOE COLEMAN & CHERYL D COLEMAN
```

```
DEBTOR REFUND                                                  1,350.93
                                        ---------------   ---------------
TOTALS                                       40,969.74         40,969.74
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 08/27/08                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE